IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Mis. No. 02-56E |
| vs. | ) | |
| | ) | (C.A. No. 02-108E) |
| ANTHONY A. MAGNOTTA and | ) | |
| BETTY MAGNOTTA, | ) | |
| | ) | |
| Defendants. | ) | |

PRAECIPE TO REISSUE WRIT OF EXECUTION

To the Clerk of Court:

Issue writ of execution in the above matter:

| | |
|---|---|
| Principal Balance as of 06/01/2001 | $ 62,077.57 |
| Interest to 9/21/2005 | $ 20,042.09 |
| County Recording Fee | $ 30.50 |
| Late Charges | $ 1,231.24 |
| Fees Due | $ 547.50 |
| Escrow Balance Due | $ 10,342.53 |
| Partial Payment Balance | $ (123.80) |
| Total | $ 94,147.63 |

plus interest from the date of judgment at 1.89% per annum and future costs to be added.

By: _____
Eric D. Rosenberg, Esquire
McGrath & Associates, P.C.
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222
Counsel for Plaintiff
United States of America
PA I.D. No. 87310

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Mis. No. 02-56E |
| vs. | ) | |
| | ) | (See C.A. No. 02-108E) |
| ANTHONY A. MAGNOTTA and | ) | |
| BETTY MAGNOTTA, | ) | |
| | ) | |
| Defendants. | ) | |

WRIT OF EXECUTION

| | | |
|---|---|---|
| United States of America | ) | |
| Western District of Pennsylvania | ) | ss: |
| | ) | |

To the United States Marshal Western District of Pennsylvania:

    To satisfy judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

    ALL that certain piece, parcel or lot of land situate, lying and being in the Township of Bradford, County of McKean and Commonwealth of Pennsylvania, being bounded and described as follows, to-wit:

    BEGINNING at an iron pipe in the westerly line of West Corydon Street Extension, said iron pipe marking the Northeast corner of lot conveyed May 19, 1950 by Grace R. Mills to George E. Strait and wife;

    thence North 63° 45' West two hundred (200) feet to an iron pipe;

    thence North 26° 15' East ninety (90) feet to an iron pipe;

    thence South 63° 45 East two hundred (200) feet to an iron pipe in the westerly boundary of West Corydon Street Extension;

    thence South 26° 15' West along the said westerly boundary of West Corydon Street Extension ninety (90) feet to the place of beginning.

| | |
|---|---|
| Principal Balance as of 06/01/2001 | $ 62,077.57 |
| Interest to 9/21/2005 | $ 20,042.09 |
| County Recording Fee | $ 30.50 |
| Late Charges | $ 1,231.24 |
| Fees Due | $ 547.50 |
| Escrow Balance Due | $ 10,342.53 |
| Partial Payment Balance | $ (123.80) |
| Total | $ 94,147.63 |

plus interest from the date of judgment at 1.89% per annum and future costs to be added.

Seal of the Court

Date_____, 2005

_____
CLERK OF COURT

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Mis. No. 02-56E |
| vs. ) | |
| ) | (See C.A. No. 02-108E) |
| ANTHONY A. MAGNOTTA and ) | |
| BETTY MAGNOTTA, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

Eric D. Rosenberg deposes and says that he is the counsel for the United States of America, and that, to the best of his knowledge, information and belief, the names and last known addresses of the Defendants and the owners or reputed owners of the property in question are as follows:

Mr. Anthony A. Magnotta
Ms. Betty Magnotta
320 W. Corydon Street
Bradford, Pennsylvania 16701

_____
Eric D. Rosenberg

I hereby certify, under penalty of perjury, that the foregoing is true and correct. Executed on October 7th, 2005.

_____
Eric D. Rosenberg