| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See instructions for "Service of Process by U.S. Marshal" |

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 02-108E<br>Mis. No. 02-56E |
|---|---|
| DEFENDANT<br>ANTHONY A. MAGNOTTA and BETTY MAGNOTTA | TYPE OF PROCESS<br>Writ of Execution |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ORIGINAL NOT SERVED |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Eric D. Rosenberg, Esquire
McGrath & Associates, PC
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

| Number of process to be Served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please make service by (1) dating receipt, (2) checking box for "have executed as shown in remarks", (3) signing remarks below, and (4) filing original Writ of Execution the attached Handbill Notice of Sale together with your 285 form return.

| Signature of Attorney or other Originator requesting service on behalf of: ☒ Plaintiff ☐ Defendant | TELEPHONE NUMBER<br>(412) 281-4333 | DATE<br>February 21, 2006 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>4 | District of Origin<br>68 | District to Serve<br>68 | Signature of Authorized USMS Deputy or Clerk | 2/28/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date<br>1 Mar 06 | Time ☐ am ☒ pm<br>1:49 | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>8.00 | Total Mileage Charges Including *endeavors* | Forwarding Fee | Total Charges<br>8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$8.00 |
|---|---|---|---|---|---|

REMARKS: Fax'd and 3-1-06

On receipt of this Writ of Execution, I hereby levy on the real property described in the real property description attached hereto.

U.S. Marshal/Deputy

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGEMENT OF RECEIPT |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Mis. No. 02-56E |
| vs. ) | |
| ) | (See C.A. No. 02-108E) |
| ANTHONY A. MAGNOTTA and ) | |
| BETTY MAGNOTTA, ) | |
| ) | |
| Defendants. ) | |

### WRIT OF EXECUTION

| | | |
|---|---|---|
| United States of America | ) | |
| Western District of Pennsylvania | ) | ss: |
| | ) | |

To the United States Marshal Western District of Pennsylvania:

To satisfy judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece, parcel or lot of land situate, lying and being in the Township of Bradford, County of McKean and Commonwealth of Pennsylvania, being bounded and described as follows, to-wit:

BEGINNING at an iron pipe in the westerly line of West Corydon Street Extension, said iron pipe marking the Northeast corner of lot conveyed May 19, 1950 by Grace R. Mills to George E. Strait and wife;

thence North 63° 45' West two hundred (200) feet to an iron pipe;

thence North 26° 15' East ninety (90) feet to an iron pipe;

thence South 63° 45 East two hundred (200) feet to an iron pipe in the westerly boundary of West Corydon Street Extension;

thence South 26° 15' West along the said westerly boundary of West Corydon Street Extension ninety (90) feet to the place of beginning.

| | |
|---|---:|
| Principal Balance as of 06/01/2001 | $ 62,077.57 |
| Interest to 9/21/2005 | $ 20,042.09 |
| County Recording Fee | $ 30.50 |
| Late Charges | $ 1,231.24 |
| Fees Due | $ 547.50 |
| Escrow Balance Due | $ 10,342.53 |
| Partial Payment Balance | $ (123.80) |
| Total | $ 94,147.63 |

plus interest from the date of judgment at 1.89% per annum and future costs to be added.

R.V. Barth, J.

CLERK OF COURT

Seal of the Court

Date  10-11  , 2005

Susan Parmeter

DEPUTY CLERK

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See instructions for "Service of Process by U.S. Marshal" |

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 02-108E<br>Mis. No. 02-56E |
|---|---|
| DEFENDANT<br>ANTHONY A. MAGNOTTA and BETTY MAGNOTTA | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ORIGINAL NOT SERVED

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Eric D. Rosenberg, Esquire<br>McGrath & Associates, PC<br>Three Gateway Center<br>401 Liberty Avenue, 13th Floor<br>Pittsburgh, PA  15222 | Number of process to be Served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please make service by (1) dating receipt, (2) checking box for "have executed as shown in remarks", (3) signing remarks below, and (4) filing original Writ of Execution the attached Handbill Notice of Sale together with your 285 form return.

| Signature of Attorney or other Originator requesting service on behalf of | ☒ Plaintiff<br>☐ Defendant | TELEPHONE NUMBER<br>(412) 281-4333 | DATE<br>February 21, 2006 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>4 | District of Origin<br>65 | District to Serve<br>68 | Signature of Authorized USMS Deputy or Clerk | 2/28/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date<br>1 Mar 06 | Time<br>☐ am ☒ pm  1:49 | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>5.00 | Total Mileage Charges Including *endeavors* | Forwarding Fee | Total Charges<br>8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>8/00 |
|---|---|---|---|---|---|

REMARKS:  *Filed in Erie 3-1-06*

On receipt of this Writ of Execution, I hereby levy on the real property described in the real property description attached hereto.

U.S. Marshal/Deputy

| PRIOR EDITIONS<br>MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGEMENT OF RECEIPT |
|---|---|---|