IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 02-108E |
| vs. | ) | |
| | ) | Mis. No. 02-56E |
| ANTHONY A. MAGNOTTA and | ) | |
| BETTY MAGNOTTA, | ) | |
| | ) | |
| Defendants. | ) | |

PROOF OF PUBLICATION

SEE ATTACHMENT

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

   /s/ Eric D. Rosenberg
Eric D. Rosenberg, Esqurie
PA I.D. No. 87310
McGrath & Associates, P.C.
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Firm No. 025
Telephone (412) 281-4333
Facsimile (412) 281-2141
erosenberg@lenderlaw.com