**Proof of Publication of Notice in The Bradford Era**

Under Act No. 587, Approved May 16, 1929

State of Pennsylvania,        ss:
  County of McKean

**Ashlee Sevrey / Bookkeeper**   being duly sworn deposes and says that THE BRADFORD ERA is a daily newspaper published at 43 Main Street, City of Bradford, County and State aforesaid, which was established in the year 1877, since which date said daily newspaper has been regularly issued in said County, and that a copy of the printed notice or publication is attached hereto exactly as the same was printed and published in the regular editions and issues of the said daily paper on the following dates, viz:

NOTICE OF MARSHAL SALE -- VA/MAGONOTTA

MARCH 24TH , 31 7, and the 14TH day of APRIL , A.D. 2006

Affiant further deposes that he is an officer duly authorized by publishers of THE BRADFORD ERA, a daily newspaper, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

Copy of notice or publication

**LEGAL NOTICE MARSHAL'S SALE**
By virtue of a Writ of Execution issued out of the U.S. Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the McKean County Sheriff's Department, 500 West Main Street, Smethport, PA 16749 hereinafter described property commonly know as 320 W. Corydon Street, Bradford, PA 16701.
Being in the Township of Bradford, County of McKean and Commonwealth of Pennsylvania, and being more fully described in the Deed recorded in the McKean County, Pennsylvania Recorder's Office in Deed Book Volume 159, Page 543. **SAID SALE** to be held at the **McKEAN COUNTY SHERIFF'S DEPARTMENT, 500 West Main Street, Smethport, PA 16749 at 11:00 a.m.** prevailing, standard time, on **APRIL 28, 2006.**
**TERMS OF SALE:** Successful bidder will pay ten percent (10%) by cashier's check, certified check or bank money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshal's Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by the Marshal's Office on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by sale. Purchaser must furnish State realty Transfer Tax Stamps, and stamps required by local taxing authority. Purchaser shall furnish Marshal with Grantee information at the time of the sale. Marshal's costs, fees are commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information contact Keith D. Bell at 817-231-4750.
AT THE TIME OF THE SALE, THE SUCCESSFUL PURCHASER OF THE PROPERTY MUST PROVIDE THE MARSHAL WITH THE EXACT NAME OF THE GRANTEE WHICH IS TO APPEAR ON THE MARSHAL'S DEED, NO SUBSEQUENT REVISIONS TO THE GRANTEE'S NAME WILL BE PERMITTED.

BOOKKEEPER

THE BRADFORD ERA

Sworn to and subscribed before me
this 14TH day of APRIL ,2006

NOTARY PUBLIC
NOTARIAL SEAL
NELSON RUSSELL NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 29, 2007

My commission expires