U.S. Department of Justice
United States Marshals Service

RECEIVED
U.S. MARSHAL
2006 MAY -3 P 3: 27
PITTSBURGH PA.

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C.A. No. 02-108E<br>Mis. No. 02-56E |
| DEFENDANT<br>ANTHONY A. MAGNOTTA and BETTY MAGNOTTA | TYPE OF PROCESS<br>ATTEND SALE/ANNOUNCE POSTPONEMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
McKEAN COUNTY SHERIFF'S DEPARTMENT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
500 WEST MAIN STREET, SMETHPORT, PA 16749

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eric D. Rosenberg, Esquire
McGrath & Associates, PC
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

Number of process to be Served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please attend the **April 28, 2006 Marshal's Sale** (11:00 a.m.) and announce that the Sale has been postponed. The backup date will be **August 31, 2006 at 11:00 a.m.**

Signature of Attorney or other Originator requesting service on behalf of: ☒ Plaintiff ☐ Defendant
TELEPHONE NUMBER: (412) 281-4333
DATE: April 12, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: 068
District to Serve: 068
Signature of Authorized USMS Deputy or Clerk: 4/13/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):
Date: 4/28/06
Time: 11 ☐ am ☐ pm
Signature of U.S. Marshal or Deputy:

Service Fee: 45.00
Total Mileage Charges Including *endeavors*: 
Forwarding Fee: 8.00
Total Charges: 53.00
Advance Deposits:
Amount owed to U.S. Marshal* or (Amount of Refund*): $53.00

REMARKS: To Eric 4-13-06

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT