| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See instructions for "Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 02-108E<br>Mis. No. 02-56E |
|---|---|
| DEFENDANT<br>ANTHONY A. MAGNOTTA and BETTY MAGNOTTA | TYPE OF PROCESS<br>Writ of Execution/Notice of Sale |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | BETTY MAGNOTTA |
| | ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)<br>320 W. CORYDON STREET, BRADFORD, PA 16701 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Eric D. Rosenberg, Esquire<br>McGrath & Associates, PC<br>Three Gateway Center<br>401 Liberty Avenue, 13th Floor<br>Pittsburgh, PA 15222 | Number of process to be Served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Serve the above individual by certified mail, return receipt requested. If mail is returned "unclaimed", serve personally. Must serve before March 29, 2006, which is 30 days before the date of the sale. When filing your return on this 285 form, please attach extra set of copies of mailed documents which we provided herewith.

| Signature of Attorney or other Originator requesting service on behalf of | ☒ Plaintiff<br>☐ Defendant | TELEPHONE NUMBER<br>(412) 281-4333 | DATE<br>February 21, 2006 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Returned by Bill Barton | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above)<br>5 hrs 262 r/t | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>225.00 | Total Mileage Charges including endeavors<br>100.87 | Forwarding Fee<br>8.00 | Total Charges<br>$333.87 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$333.87 |
|---|---|---|---|---|---|

REMARKS: 3-9-06 1,843 80.35 1527 TO ERIE 4-12-06 3rd 1:01 no answer
333.87 Endeavor 4/23/06 @ 10:00 no answer 2nd 4/23/06 11:35 no answer

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGEMENT OF RECEIPT |
|---|---|---|



EXHIBIT A

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 02-108E<br>Mis. No. 02-56E |
|---|---|
| DEFENDANT<br>ANTHONY A. MAGNOTTA and BETTY MAGNOTTA | TYPE OF PROCESS<br>Handbill Notice of Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PREMISES

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)
320 W. CORYDON STREET, BRADFORD, PA 16701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eric D. Rosenberg, Esquire
McGrath & Associates, PC
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

| Number of process to be Served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please post Handbill Notice of Sale on premises before March 29, 2006, which is 30 days before the date of the sale. When filing your return on this 285 form, please attach copy of Handbill Notice of Sale which we provided herewith.

Signature of Attorney or other Originator requesting service on behalf of ☒ Plaintiff ☐ Defendant
TELEPHONE NUMBER (412) 281-4333
DATE February 21, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 4/28/06   Time: 10:00 am

| Service Fee 45⁰⁰ | Total Mileage Charges Including endeavors | Forwarding Fee 8⁰² | Total Charges 53⁰⁰ | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $53⁰⁰ |

REMARKS: TO ERIE 4-12-06

PRIOR EDITIONS MAY BE USED    PRINT 5 COPIES:
1. CLERK OF COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT


EXHIBIT B

Main Menu | My Account | Print |

| People | Businesses | Assets | Licenses | Phones | Courts |

PERSON

| Last Name | First Name | Middle Name | SSN |
|---|---|---|---|
| MAGNOTTA | BETTY | | |

| Street Address | City | State | Zip | County | Radius |
|---|---|---|---|---|---|
| 320 W. CORYDON STREET | BRADFORD | PA | 16701 | | |

R V

| Phone | DOB | Age Range |
|---|---|---|
| | | - |

☐ Search for other possible name spellings   ☐ Include Bankruptcies (Click For Prices)

**Output Type:**  ⦿ Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

**Important:** The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Search completed**                                                                 Records: 1 to 7 of 7



| | All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|---|
| | | BETTY ANN MAGNOTTA 195-16-xxxx | 82 Oct 23 | ✓ 320 W CORYDON ST BRADFORD PA 16701-3908 | Nov 92 - Apr 06 | |
| | | BETTY A MAGNOTTA 195-16-xxxx | 81 Oct 01, 1924 | ✓ 320 W CORYDON ST BRADFORD PA 16701-3908 | Nov 92 - Apr 06 | |
| | | BETTY MAGNOTTA 200-16-xxxx | | ✓ 320 W CORYDON ST BRADFORD PA 16701-3908 | Jan 06 - Mar 06 | |
| | | BETTY A MAGNOTTA 195-16-xxxx | 81 Oct 24 | GLOBE STORE APT SCRANTON PA 18501 | Apr 00 | 368-5420 |
| | | BETTY A MAGNOTTA 195-16-xxxx | 81 Oct 24 | 20 W CORYDON ST BRADFORD PA 16701-2231 | Aug 93 | (814) 368-5420 |
| | | BETTY A MAGNOTTA 195-16-xxxx | 81 Oct 01, 1924 | GLOBE STORE SCRANTON PA 18501 | Jul 83 - May 93 | |
| | | BETTY A MAGNOTTA 195-16-xxxx | 82 Oct 23 | 919 W ELM ST SCRANTON PA 18504-3523 | Jul 83 - Apr 86 | |

Export to Excel                                   Records: 1 to 7 of 7



EXHIBIT C