IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 02-108E |
| | ) | |
| vs. | ) | Mis. No. 02-56E |
| | ) | |
| ANTHONY A. MAGNOTTA and BETTY MAGNOTTA, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

**AND NOW**, to-wit, this _____ day of _____, 2006, upon consideration of the within Plaintiff's Motion for Special Order of Service of Amended Notice of Marshal's Sale as to Defendant, Betty Magnotta, Only, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff is authorized to serve Defendant, Betty Magnotta, only, by posting a copy of the pleading or document on the mortgaged premises known as 320 W. Corydon Street, Bradford, PA 16701, and mailing a copy of the pleading or document via First Class U.S. Mail, Postage Prepaid, Certificate of Mailing, and Certified Mail, Return Receipt Requested to Defendant, Betty Magnotta's last known address 320 W. Corydon Street, Bradford, PA 16701, with service to be deemed valid and complete upon mailing and posting.

_____
United States District Judge