IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )          C.A. No.  02-108E
                                    )
     vs.                            )          Mis. No.  02-56E
                                    )
ANTHONY A. MAGNOTTA and             )
BETTY MAGNOTTA,                     )
                                    )
          Defendants.               )

## AFFIDAVIT

AND NOW comes Eric D. Rosenberg, Esquire, attorney for Plaintiff, who hereby deposes and

says that the averments contained in the foregoing Motion are true and correct, to the best of his

knowledge, information and belief.


                              ___/s/ Eric D. Rosenberg____
                              Eric D. Rosenberg, Esquire



I hereby declare, under penalty of perjury, that the foregoing is true and correct.  Executed on

June 8, 2006.



                              ___/s/ Eric D. Rosenberg_____
                              Eric D. Rosenberg, Esquire