## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Plaintiff's Motion for Special Order of Service of Amended Notice of Marshal's Sale as to Defendant, Betty Magnotta, Only, was served on the following on the 8th day of June, 2006, by first-class U.S. Mail, postage-prepaid:

Ms. Betty Magnotta
320 W. Corydon Street
Bradford, PA 16701

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

   /s/ Eric D. Rosenberg
Eric D. Rosenberg, Esquire
PA I.D. No. 87310
McGrath & Associates, P.C.
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Firm No. 025
Telephone (412) 281-4333
Facsimile (412) 281-2141
erosenberg@lenderlaw.com