IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 02-108E |
| ) | |
| vs. ) | Mis. No. 02-56E |
| ) | |
| ANTHONY A. MAGNOTTA and ) | |
| BETTY MAGNOTTA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF LIENHOLDERS AND PARTIES IN INTEREST**

COMMONWEALTH OF PENNSYLVANIA  }
                               }  SS:
COUNTY OF ALLEGHENY            }

**The United States of America,** Plaintiff in the above action, sets forth as of the date the Praecipe for the Writ of Execution was filed the following information concerning the real property of Defendants, **Anthony A. Magnotta** and **Betty Magnotta**, located at 320 W. Corydon Street, Bradford, PA 16701 and is more fully described as follows:

ALL that certain piece, parcel or lot of land situate, lying and being in the Township of Bradford, County of McKean and Commonwealth of Pennsylvania, being bounded and described as follows, to-wit:

BEGINNING at an iron pipe in the westerly line of West Corydon Street Extension, said iron pipe marking the Northeast corner of lot conveyed May 19, 1950 by Grace R. Mills to George E. Strait and wife;

thence North 63° 45' West two hundred (200) feet to an iron pipe;

thence North 26° 15' East ninety (90) feet to an iron pipe;

thence South 63° 45 East two hundred (200) feet to an iron pipe in the westerly boundary of West Corydon Street Extension;

thence South 26° 15' West along the said westerly boundary of West Corydon Street Extension ninety (90) feet to the place of beginning.

1.  The name and address of the owner(s) or reputed owner(s):

    Betty Magnotta                     Anthony Magnotta, Deceased
    320 W. Corydon Street
    Bradford, PA  16701

2.  The name and address of the defendant(s) in the judgment:

    Betty Magnotta                     Anthony Magnotta, Deceased
    320 W. Corydon Street
    Bradford, PA  16701

3.  The name and last known address of every judgment creditor whose judgment is a record lien on the real property to be sold:

    The United States of America
    [PLAINTIFF]

4.  The name and address of the last record holder of every mortgage of record:

    The United States of America
    [PLAINTIFF]

5.  The name and address of every other person who has any record lien on the property:

    [NONE]

6.  The name and address of every other person who has any record interest in the property and whose interest may be affected by the sale:

    Beth E. Monti, Tax Collector  
    Township of Bradford  
    415 Minard Run Road  
    Bradford, PA 16701

    City of Bradford  
    Sewer & Water Authority  
    26-28 Kennedy Street  
    Bradford, PA 16701

    McKean County Treasurer's Office  
    P.O. Box 1565  
    500 West Main Street  
    Smethport, PA 16749

    Tax Claim Bureau  
    McKean County Courthouse  
    500 West Main Street  
    Smethport, PA 16749

    McKean County Assessor's Office  
    500 West Main Street  
    Smethport, PA 16749

    McKean County Domestic Relations Office  
    500 West Main Street  
    Smethport, PA 16749

7.  The name and address of every other person whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale:

    [NONE]

I verify that the statements made in the Affidavit are true and correct to the best of my personal knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

MARY BETH BUCHANAN
United States Attorney


   /s/ Eric D. Rosenberg
Eric D. Rosenberg, Esquire
PA I.D. No. 87310
McGrath & Associates, P.C.
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Telephone (412) 281-4333
Facsimile (412) 281-2141