IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) C.A. No. 02-108E |
| vs. | ) Mis. No. 02-56E |
| ANTHONY A. MAGNOTTA and BETTY MAGNOTTA, | ) |
| Defendants. | ) |

## AFFIDAVIT

Eric D. Rosenberg, attorney for Plaintiff, deposes and says that the averments contained in the foregoing Affidavit of Lienholders and Parties in Interest are true and correct to the best of his knowledge, information and belief.

/s/ Eric D. Rosenberg
Eric D. Rosenberg, Esquire
Attorney for the United States of America

I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 11, 2006.

/s/ Eric D. Rosenberg
Eric D. Rosenberg, Esquire
Attorney for the United States of America