IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | C.A. No. 02-108E |
| vs. | ) | Mis. No. 02-56E |
| ANTHONY A. MAGNOTTA and BETTY MAGNOTTA, | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE OF**
**AMENDED NOTICE OF MARSHAL'S SALE OF REAL ESTATE**

I, Eric D. Rosenberg, Esquire, Attorney for Plaintiff, **United States of America,** being duly sworn according to law, deposes and makes the following Affidavit regarding service of the Amended Notice of Marshal's Sale of Real Estate, on all persons named in Paragraphs 1 through 7 of Plaintiff's Affidavit of Lienholders and Parties in Interest as follows:

1.     On July 28, 2006, the U.S. Marshal for the Western District of Pennsylvania posted the Amended Notice of Marshal's Sale and Writ of Execution at 320 W. Corydon Street, Bradford, PA 16701 pursuant to Order of Court dated June 9, 2006. True and correct copies of the Order of Court and Marshal's Process Receipt and Return Form are marked **Exhibit "A,"** attached hereto and made a part hereof.

2.    On July 28, 2006, Plaintiff served Defendant with the Amended Notice of Marshal's Sale of Real Estate at **320 W. Corydon Street, Bradford, PA  16701** by First Class U.S. Mail, Postage Prepaid, Certificate of Mailing and Certified Mail, Return Receipt Requested pursuant to Order of Court dated June 9, 2006.  The original U.S. Postal Service Form 3800 which evidences service of the Amended Notice of Marshal's Sale of Real Estate and a copy of the Order of Court are collectively marked **Exhibit "B"**, attached hereto and made a part hereof.  The original U.S. Postal Service Form 3877 which evidences service of the Amended Notice of Marshal's Sale of Real Estate is marked **Exhibit "C"**, attached hereto and made a part hereof.

3.    On June 21, 2006, undersigned counsel served the following Parties in Interest with the Amended Notice of Marshal's Sale of Real Estate by ordinary mail at the addresses set forth below.  The original U.S. Postal Service Form 3877 which evidences service of the Amended Notice of Marshal's Sale of Real Estate is marked **Exhibit "C,"** attached hereto and made a part hereof.

| | |
|---|---|
| Beth E. Monti, Tax Collector<br>Township of Bradford<br>415 Minard Run Road<br>Bradford, PA  16701 | City of Bradford<br>Sewer & Water Authority<br>26-28 Kennedy Street<br>Bradford, PA  16701 |
| McKean County Treasurer's Office<br>P.O. Box 1565<br>500 West Main Street<br>Smethport, PA  16749 | Tax Claim Bureau<br>McKean County Courthouse<br>500 West Main Street<br>Smethport, PA  16749 |
| McKean County Assessor's Office<br>500 West Main Street<br>Smethport, PA  16749 | McKean County Domestic Relations Office<br>500 West Main Street<br>Smethport, PA  16749 |

      I verify that the facts contained in this Affidavit are true and correct based upon my personal knowledge, information and belief.

                                  MARY BETH BUCHANAN
                                  United States Attorney

                                  /s/ Eric D. Rosenberg
                                Eric D. Rosenberg, Esquire
                                PA I.D. No. 87310
                                McGrath & Associates, P.C.
                                Three Gateway Center
                                401 Liberty Avenue, 13th Floor
                                Pittsburgh, PA 15222-2101
                                Telephone (412) 281-4333
                                Facsimile (412) 281-2141