IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 02-108E |
| ) | |
| vs. ) | Mis. No. 02-56E |
| ) | |
| ANTHONY A. MAGNOTTA and ) | |
| BETTY MAGNOTTA, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF COURT

**AND NOW**, to-wit, this _9th_ day of _June_, 2006, upon consideration of the within Plaintiff's Motion for Special Order of Service of Amended Notice of Marshal's Sale as to Defendant, Betty Magnotta, Only, it is hereby **ORDERED, ADJUDGED and DECREED** that Plaintiff is authorized to serve Defendant, Betty Magnotta, only, by posting a copy of the pleading or document on the mortgaged premises known as 320 W. Corydon Street, Bradford, PA 16701, and mailing a copy of the pleading or document via First Class U.S. Mail, Postage Prepaid, Certificate of Mailing, and Certified Mail, Return Receipt Requested to Defendant, Betty Magnotta's last known address 320 W. Corydon Street, Bradford, PA 16701, with service to be deemed valid and complete upon mailing and posting.

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US,
o=United States District Court,
ou=United States District Judge
Date: 2006.06.09 10:15:27 -04'00'

United States District Judge



EXHIBIT A

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"

RECEIVED
U.S. MARSHAL
2006 [illegible]
PITTSBURGH PA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C.A. No. 02-108E |
| | Mis. No. 02-56E |
| DEFENDANT | TYPE OF PROCESS |
| ANTHONY A. MAGNOTTA and BETTY MAGNOTTA | Amended Notice of Sale/Writ of Execution per Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PREMISES

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
320 W. CORYDON STREET, BRADFORD, PA 16701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Eric D. Rosenberg, Esquire
McGrath & Associates, PC
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

| | |
|---|---|
| Number of process to be Served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please post the Amended Notice of Sale together with the Writ of Execution pursuant to the attached Order of Court dated June 9, 2006, on premises before July 31, 2006, which is 30 days before the date of the sale. When filing your return on this 285 form, please attach copies of same which we provided herewith.

Signature of Attorney or other Originator requesting service on behalf of  ☒ Plaintiff  ☐ Defendant
TELEPHONE NUMBER: (412) 281-4333
DATE: June 21, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 68 | 68 | [signature] | 8/21/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date: 7/28/06 | Time: 11:40 ☐ am ☐ pm | |
| | Signature of U.S. Marshal or Deputy: William V. [signature] | | |

| Service Fee | Total Mileage Charges Including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 225.00 | 82.80 | | 307.80 | | |

REMARKS: TD BRIE 6-29-06
— No extra copies provided as stated

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF COURT |
|---|---|---|
| | | 2. USMS RECORD |
| | | 3. NOTICE OF SERVICE |
| | | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. |
| | | 5. ACKNOWLEDGEMENT OF RECEIPT |









IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) C.A. No. 02-108E |
| vs. | ) Mis. No. 02-56E |
| ANTHONY A. MAGNOTTA and BETTY MAGNOTTA, | ) |
| Defendants. | ) |

## ORDER OF COURT

**AND NOW**, to-wit, this ___9th___ day of ___June___, 2006, upon consideration of the within Plaintiff's Motion for Special Order of Service of Amended Notice of Marshal's Sale as to Defendant, Betty Magnotta, Only, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff is authorized to serve Defendant, Betty Magnotta, only, by posting a copy of the pleading or document on the mortgaged premises known as 320 W. Corydon Street, Bradford, PA 16701, and mailing a copy of the pleading or document via First Class U.S. Mail, Postage Prepaid, Certificate of Mailing, and Certified Mail, Return Receipt Requested to Defendant, Betty Magnotta's last known address 320 W. Corydon Street, Bradford, PA 16701, with service to be deemed valid and complete upon mailing and posting.

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US, o=United States District Court, ou=United States District Judge
Date: 2006.06.09 10:15:27 -04'00'

_____
United States District Judge

VA/Magnotta

**Name and Address of Sender**

*McGrath & Associates, P.C.*
Three Gateway Center
401 Liberty Avenue, Suite 1375
Pittsburgh, PA 15222

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee |
|---|---|---|---|---|
| 1. | | Betty Magnotta<br>320 W. Corydon Street<br>Bradford, PA 16701 | .39 | .30 |
| 2. | | Beth E. Monti, Tax Collector<br>Township of Bradford<br>415 Minard Run Road<br>Bradford, PA 16701 | .39 | .30 |
| 3. | | McKean County Treasurer's Office<br>P.O. Box 1565<br>500 West Main Street<br>Smethport, PA 16749 | .39 | .30 |
| 4. | | McKean County Assessor's Office<br>500 West Main Street<br>Smethport, PA 16749 | .39 | .30 |
| 5. | | City of Bradford<br>Sewer & Water Authority<br>26-28 Kennedy Street<br>Bradford, PA 16701 | .39 | .30 |
| 6. | | Tax Claim Bureau<br>McKean County Courthouse<br>500 West Main Street<br>Smethport, PA 16749 | .39 | .30 |
| 7. | | McKean County Domestic Relations Office<br>500 West Main Street<br>Smethport, PA 16749 | .39 | .30 |
| 8. | | | | |

Check type of mail or service:
- Certified
- COD
- Delivery Confirmation
- Express Mail
- Insured
- Recorded Delivery (International)
- Registered
- Return Receipt for Merchandise
- Signature Confirmation

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee

US POSTAGE $02.10
Mailed From 15222
06/21/2006
031A 0004181589

PITTSBURGH PA GATEWAY STA USPS

Total Number of Pieces Listed by Sender: 7
Total Number of Pieces Received at Post Office: 7

Postmaster, Per (Name of receiving employee): B Zong

PS Form 3877, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

Delivery Confirmation
Signature Confirmation
Special Handling
Restricted Delivery

**EXHIBIT C**